UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
December 13, 2021
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW GAGNON,<br><br>Defendant. | Case No. 2:21-MJ-00184-DB-1<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  ANDREW GAGNON ,

Case No. 2:21-MJ-00184-DB-1  Charge 21 USC § 3146 , from custody for the following reasons: for the following reasons:

\_\_\_\_\_   Release on Personal Recognizance

  X    Bail Posted in the Sum of $ _____

   X    Unsecured Appearance Bond $  50,000 (co-signed)

\_\_\_\_\_   Appearance Bond with 10% Deposit

\_\_\_\_\_   Appearance Bond with Surety

\_\_\_\_\_   Corporate Surety Bail Bond

  X    (Other): Defendant shall be released on 12/14/2021 at 9:00 AM                                                            .

Issued at Sacramento, California on December 13, 2021 at 3:17 p.m.

Dated:  December 13, 2021

*/s/ Deborah Barnes*
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE