THOMAS A. JOHNSON, #119203
MONICA A. QUINLAN, #325465
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ANDREW GAGNON, and<br>NATHAN ROSENBLATT<br><br>　　　　Defendants | Case No.: 2:22-cr-0011-DAD<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date:　September 20, 2022<br>Time:　9:00 a.m.<br>Judge:　Hon. Dale A. Drozd |

### **STIPULATION**

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney CAMERON L. DESMOND, and defendant ANDREW GAGNON, both individually and by and through his counsel of record, Michael Long, and defendant NATHAN ROSENBLATT, both individually and by and through his counsel of record, Thomas Johnson, hereby stipulate as follows:

1. By previous order, this matter was set for Status Conference on September 20, 2022.
2. By this stipulation, defendants now move to continue the Status Conference to November 29, 2022, at 9:30 a.m, before the Honorable Judge Dale A. Drozd.
3. The parties agree and stipulate, and request the Court find the following:
   a. Additional time is needed for all counsel for both defendants to review the discovery, conduct investigation, and discuss a potential resolution.

STIPULATION AND ORDER　　　　- 1 -

b. Counsel for defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c. The Government does not object to the continuance.

d. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

e. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of September 20, 2022, to November 29, 2022, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

DATE:  September 15, 2022

　　　　　　　　　　　　　　　　　　　　 /s/ Thomas A. Johnson
　　　　　　　　　　　　　　　　　　　　THOMAS A. JOHNSON
　　　　　　　　　　　　　　　　　　　　Attorney for Nathan Rosenblatt

DATE:  September 15, 2022

　　　　　　　　　　　　　　　　　　　　 /s/ Monica A. Quinlan
　　　　　　　　　　　　　　　　　　　　MONICA A. QUINLAN
　　　　　　　　　　　　　　　　　　　　Attorney for Nathan Rosenblatt

| | |
|---|---|
| DATED: September 15, 2022 | PHILIP A. TALBERT<br>Acting United States Attorney |
| | /s/ Cameron Desmond<br>CAMERON DESMOND<br>Assistant U.S. Attorney |
| DATE: September 15, 2022 | /s/ Michael Long<br>MICHAEL LONG<br>Attorney for Andrew Gagnon |

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the Status Conference scheduled in this case for September 20, 2022, is now continued to November 29, 2022, at 9:30 a.m., before District Judge Dale A. Drozd and the time period of September 20, 2022, to November 29, 2022, inclusive, is deemed excludable pursuant to 18 United States Code §§ 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **September 15, 2022**                              /s/ Dale A. Drozd
                                                                   UNITED STATES DISTRICT JUDGE