PHILLIP A. TALBERT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-00011-DAD |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| ANDREW GAGNON, | DATE: November 29, 2022
TIME: 9:30 a.m.
COURT: Hon. Dale A. Drozd |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status/Change of Plea on November 29, 2022.

2. By this stipulation, defendant now moves to continue the status/Change of Plea until December 20, 2022, and to exclude time between November 29, 2022, and December 20, 2022, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes approximately 700 pages of documents and multiple recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

    b) Counsel for defendant desires additional time to analyze the discovery in the context of sentencing issues and plea options and meet with his client, who lives in the Tahoe area, to discuss the same.

    c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d) The government does not object to the continuance.

    e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 29, 2022 to December 20, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**[CONTINUED ON NEXT PAGE]**

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 28, 2022
PHILLIP A. TALBERT
Acting United States Attorney

/s/ CAMERON L. DESMOND
CAMERON L. DESMOND
Assistant United States Attorney

Dated: November 28, 2022
/s/ Michael Long
Michael Long
Counsel for Defendant
ANDREW GAGNON

### FINDINGS AND ORDER

Pursuant to the stipulation of the parties, the status conference/Change of Plea hearing as to defendant Andrew Gagnon previously scheduled for November 29, 2022 is hereby continued to December 20, 2022 at 9:30 a.m., and time is excluded between November 29, 2022, and December 20, 2022, under Local Code T4.

IT IS SO ORDERED.

Dated: **November 28, 2022**

Dale A. Drozd
UNITED STATES DISTRICT JUDGE