MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for ANDREW GAGNON

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 2:22-11 DAD |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) MODIFYING THE SCHEDULE |
| | ) FOR Mr. GAGNON'S PRE-SENTENCE |
| | ) REPORT FOR A NEW SENTENCING DATE |
| ANDREW GAGNON, | ) OF OCTOBER 10, 2023 |
| | ) |
| Defendant. | ) Judge: Hon. Dale A. Drozd |
| ==============================) | |

Defendant ANDREW GAGNON is requesting a continuance of his sentencing hearing, which is presently set for July 18, 2023.  AUSA Cameron Desmond, on behalf of the United States Attorney's Office, and USPO Monica Bentley, on behalf of the United States Probation Office, have no objection to the requested continuance.  The parties hereby stipulate to re-set the schedule for the Presentence Report as follows:

Judgment and Sentencing Date: October 10, 2023

Reply, or Statement of Non-opposition: October 3, 2023

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: September 26, 2023

The revised final Presentence Report will be filed with the Court on September 19, 2023

Counsel's informal objections will be filed by September 12, 2023

The revised draft Presentence Report will be filed by August 29, 2023

-1-

Dated:  April 21, 2023                                Respectfully submitted,

                                                      /s/ Michael D. Long
                                                      MICHAEL D. LONG
                                                      Attorney for Andrew Gagnon


Dated:  April 21, 2023                                PHILLIP A. TALBERT
                                                      United States Attorney

                                                      /s/ Cameron Desmond
                                                      CAMERON DESMOND
                                                      Assistant U.S. Attorney

## ORDER

Pursuant to the stipulation of the parties and good cause appearing and having been shown, the schedule for Mr. Gagnon's Presentence Report is amended as follows:

Judgment and Sentencing Date: October 10, 2023

Reply, or Statement of Non-opposition: October 3, 2023

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: September 26, 2023

The revised final Presentence Report will be filed with the Court on September 19, 2023

Counsel's informal objections will be filed by September 12, 2023

The revised draft Presentence Report will be filed by August 29, 2023

IT IS SO ORDERED.

Dated:  **April 21, 2023**                            _____
                                                      UNITED STATES DISTRICT JUDGE