MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for ANDREW GAGNON

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 2:22-CR-00011 DAD-1 |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) MODIFYING THE SCHEDULE FOR |
| | ) Mr. GAGNON'S PRE-SENTENCE |
| | ) REPORT FOR A NEW SENTENCING DATE |
| ANDREW GAGNON, | ) OF JANUARY 9, 2024 |
| | ) |
| Defendant. | ) Judge: Hon. Dale A. Drozd |
| =================================) | |

Defendant ANDREW GAGNON is requesting a continuance of his sentencing hearing, which is presently set for October 10, 2023.  AUSA Cameron Desmond, on behalf of the United States Attorney's Office, and USPO Monica Bentley, on behalf of the United States Probation Office, have no objection to the requested continuance.  The parties hereby stipulate to re-set the schedule for the Presentence Report as follows:

Judgment and Sentencing Date: January 9, 2024

Reply, or Statement of Non-opposition: January 2, 2024

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: December 27, 2023

The revised final Presentence Report will be filed with the Court on December 19, 2023

Counsel's informal objections will be filed by December 12, 2023

The revised draft Presentence Report will be filed by November 28, 2023

-1-

Dated: September 28, 2023                    Respectfully submitted,

/s/ Michael D. Long
MICHAEL D. LONG
Attorney for Andrew Gagnon

Dated: September 28, 2023                    PHILLIP A. TALBERT
United States Attorney

/s/ Cameron Desmond
CAMERON DESMOND
Assistant U.S. Attorney

ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The Court hereby orders that the schedule for Mr. Gagnon's Presentence Report is amended as follows:

Judgment and Sentencing Date: January 9, 2024

Reply, or Statement of Non-opposition: January 2, 2024

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: December 27, 2023

The revised final Presentence Report will be filed with the Court on December 19, 2023

Counsel's informal objections will be filed by December 12, 2023

The revised draft Presentence Report will be filed by November 28, 2023

IT IS SO ORDERED.

Dated:   **September 28, 2023**                    _____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

-3-