MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for ANDREW GAGNON

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 2:22-cr-00011 DAD-1 |
|     Plaintiff, | ) |
| | ) AMENDED STIPULATION AND |
|  v. | ) ORDER MODIFYING THE SCHEDULE |
| | ) FOR Mr. GAGNON'S PRE-SENTENCE |
| | ) REPORT FOR A NEW SENTENCING DATE |
| ANDREW GAGNON, | ) OF MARCH 26, 2024 |
| | ) |
|     Defendant. | ) Judge: Hon. Dale A. Drozd |
| =================================) | |

Defendant ANDREW GAGNON is requesting a continuance of his sentencing hearing, which is presently set for January 9, 2024.  AUSA Cameron Desmond, on behalf of the United States Attorney's Office, and USPO Julie Besabe, on behalf of the United States Probation Office, have no objection to the requested continuance to March 26, 2024.  The parties hereby stipulate to re-set the schedule for the Presentence Report as follows:

Judgment and Sentencing Date: March 26, 2024, at 9:30 a.m.

Reply, or Statement of Non-opposition: March 19, 2024

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: March 12, 2024

The revised final Presentence Report will be filed with the Court on March 5, 2024

Counsel's informal objections will be filed by February 20, 2024

The revised draft Presentence Report will be filed by February 13, 2024

-1-

| | |
|---|---|
| Dated:  December 20, 2024 | Respectfully submitted,<br><br>/s/ Michael D. Long<br>MICHAEL D. LONG<br>Attorney for Andrew Gagnon |
| Dated:  December 20, 2024 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ Cameron Desmond<br>CAMERON DESMOND<br>Assistant U.S. Attorney |

### ORDER

**<u>GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED</u>**.

The Court hereby orders that the schedule for Mr. Gagnon's Presentence Report is amended as follows:

Judgment and Sentencing Date: March 26, 2024

Reply, or Statement of Non-opposition: March 19, 2024

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: March 12, 2024

The revised final Presentence Report will be filed with the Court on March 5, 2024

Counsel's informal objections will be filed by February 20, 2024

The revised draft Presentence Report will be filed by February 13, 2024

No further continuances of the sentencing hearing in this case will be granted absent a compelling showing of good cause.

IT IS SO ORDERED.

Dated:  **December 26, 2023**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE