MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for ANDREW GAGNON

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 2:22-cr-00011 DAD-1 |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER MODIFYING |
| v. | ) THE SCHEDULE FOR Mr. GAGNON'S |
| | ) PRE-SENTENCE REPORT FOR A NEW |
| | ) SENTENCING DATE OF APRIL 29, 2024 |
| ANDREW GAGNON, | ) |
| | ) |
| Defendant. | ) Judge: Hon. Dale A. Drozd |
| ===============================) | |

  Defendant ANDREW GAGNON is requesting a continuance of his sentencing hearing, which is presently set for March 26, 2024.  AUSA Cameron Desmond, on behalf of the United States Attorney's Office, and USPO Julie Besabe, on behalf of the United States Probation Office, have no objection to the requested continuance to April 29, 2024.  The parties hereby stipulate to re-set the schedule for the Presentence Report as follows:

  Judgment and Sentencing Date: April 29, 2024

  Reply, or Statement of Non-opposition: April 22, 2024

  Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: April 15, 2024

  The revised final Presentence Report will be filed with the Court on April 8, 2024

  Counsel's informal objections will be filed by April 1, 2024

  The revised draft Presentence Report was filed on February 16, 2024

-1-

Dated:  December 20, 2024               Respectfully submitted,

                                        /s/ Michael D. Long
                                        MICHAEL D. LONG
                                        Attorney for Andrew Gagnon


Dated:  December 20, 2024               PHILLIP A. TALBERT
                                        United States Attorney

                                        /s/ Cameron Desmond
                                        CAMERON DESMOND
                                        Assistant U.S. Attorney

## ORDER

**<u>GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED</u>**.

The Court vacates the previously scheduled sentencing hearing of March 26, 2024 and hereby orders that the schedule for Mr. Gagnon's Presentence Report is amended as follows:

Judgment and Sentencing Date: April 29, 2024, at 9:30 a.m.

Reply, or Statement of Non-opposition: April 22, 2024

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: April 15, 2024

The revised final Presentence Report will be filed with the Court on April 8, 2024

Counsel's informal objections will be filed by April 1, 2024

However, the court will be reluctant to grant any further continuance of the sentencing hearing absent a compelling showing of good cause.

IT IS SO ORDERED.

Dated:  **March 1, 2024**                _____
                                         DALE A. DROZD
                                         UNITED STATES DISTRICT JUDGE