MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for ANDREW GAGNON

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 2:22-cr-00011-DAD |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) MODIFYING THE SCHEDULE |
| | ) FOR Mr. GAGNON'S PRE-SENTENCE |
| | ) REPORT FOR A NEW SENTENCING DATE |
| ANDREW GAGNON, | ) OF MAY 13, 2024 |
| | ) |
| Defendant. | ) Judge: Hon. Dale A. Drozd |
| ===============================) | |

Defendant ANDREW GAGNON is requesting a continuance of his sentencing hearing, which is presently set for April 29, 2024, because Mr. Long will be in a jury trial in Sacramento County Superior Court on that date.  AUSA Cameron Desmond, on behalf of the United States Attorney's Office, and USPO Julie Besabe, on behalf of the United States Probation Office, have no objection to the requested continuance to May 13, 2024.  The parties hereby stipulate to re-set the schedule for the Presentence Report as follows:

Judgment and Sentencing Date: May 13, 2024

Reply, or Statement of Non-opposition: May 6, 2024

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: April 29, 2024

The revised final Presentence Report will be filed with the Court on April 22, 2024

///

-1-

Dated:  April 3, 2024                                     Respectfully submitted,

                                                          /s/ Michael D. Long
                                                          MICHAEL D. LONG
                                                          Attorney for Andrew Gagnon


Dated:  April 3, 2024                                     PHILLIP A. TALBERT
                                                          United States Attorney

                                                          /s/ Cameron Desmond
                                                          CAMERON DESMOND
                                                          Assistant U.S. Attorney

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the Court hereby orders that the schedule for Mr. Gagnon's Presentence Report is amended as follows:

Judgment and Sentencing Date: May 13, 2024

Reply, or Statement of Non-opposition: May 6, 2024

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: April 29, 2024

The revised final Presentence Report will be filed with the Court on April 22, 2024

IT IS SO ORDERED.

Dated:  **April 3, 2024**                         _____
                                                  DALE A. DROZD
                                                  UNITED STATES DISTRICT JUDGE