IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case №: 2:22-cr-00011 DAD |
| Plaintiff, ) | **O R D E R** |
| ) | **APPOINTING COUNSEL** |
| vs. ) | |
| ANDREW GAGNON, ) | |
| Defendant. ) | |

The above-named Defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel or has otherwise satisfied this Court that he is financially unable to obtain counsel and wishes counsel to be appointed to represent him on an Early Termination Motion. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Michael D. Long is appointed to represent the above defendant in this case effective *nunc pro tunc* to December 18, 2025, the day he began working on this stage of the case.

This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated:   **December 19, 2025**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

-1-