**MICHAEL D. LONG,** Attorney at Law
California State Bar Number 149475
901 H Street, Suite 301
Sacramento, CA 95814
Telephone:  (916) 201-4188
Email:  Mike.Long.Law@msn.com

Attorney for Defendant
ANDREW GAGNON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )  Case No. **2:22-cr-00011 DAD-1** |
| Plaintiff, | ) |
| | ) |
| v. | )  STIPULATION AND ORDER FOR EARLY |
| | )  TERMINATION OF SUPERVISED RELEASE |
| ANDREW GAGNON, | ) |
| | )  Judge: Hon. Dale A. Drozd. |
| Defendant. | ) |
| | ) |

It is hereby stipulated between the parties, Cameron Desmond, Assistant United States Attorney, and Michael D. Long, attorney for defendant ANDREW GAGNON, that Mr. Gagnon's 36-month term of supervised release be terminated early pursuant to 18 U.S.C. § 3583(e)(1).

On May 13, 2024, Mr. Gagnon was sentenced to six months in the Bureau of Prisons followed by six months of home detention and 36 months of supervised release.[1]  The three-year

---

[1]

| | | |
|---|---|---|
| 05/13/2024 | 84 | MINUTES (Text Only) for proceedings held before District Judge Dale A. Drozd: SENTENCING held on 5/13/2024 for Andrew Gagnon (1), Count(s) 1, 3, 4-6. BOP 6 months on each Counts 1, 3, 4-6, concurrently for a total of 6 months, SA of $500, due immediately, TSR of 36 months on each Counts 1, 3, 4-6, served concurrently for a total of 36 months; shall comply with standard and special conditions of supervised release. Court added additional special condition of home detention as stated on the record. Six months home detention shall follow six months incarceration. Court recommends Defendant be incarcerated in FCI Sheridan, California, in the alternative Lompoc or Terminal Island, California, but only insofar as this recommendation accords with security classification and space availability. Defendant shall surrender to the institution designated by the Bureau of Prisons, or if no such institution has been designated, to the United States Marshal in Las Vegas, Nevada before 12 p.m. (noon) on July 22, 2024. Dft advised of penalty for failure to surrender for service of sentence. All conditions of pretrial release remain in effect. Appeal rights given. DEFENDANT TERMINATED. CASE CLOSED. |

term of supervised release began on December 2, 2024.  As of February 2, 2026, Mr. Gagnon completed one year and two months of his three-year supervisory term.

Although Mr. Gagnon was convicted in the Eastern District of California, he is being supervised in the District of Nevada, where he lives and works.  Mr. Gagnon's supervising probation officer, Nimra Nawaz, indicates that Mr. Gagnon is in full compliance in all areas of supervision, and she does not oppose this petition.   AUSA Cameron Desmond agrees to this stipulation for early termination of Mr. Gagnon's supervised release.

A proposed order is attached for the Court's convenience.

Title 18, section 3583(e)(1) of the United States Code authorizes the Court to terminate a defendant's term of supervised release at any time after the expiration of one year of supervision if the Court is "satisfied that such action is warranted by the conduct of the defendant released and the interest of justice."

Section 3583(e) directs the Court to consider the purposes of sentencing set forth in 18 U.S.C. § 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6) and (a)(7) in deciding whether to terminate a term of supervised release. The Judicial Conference has identified the following criteria to assess eligibility for early termination:

Officers should consider the suitability of early termination for offenders as soon as they are statutorily eligible. The general criteria for assessing whether a statutorily eligible offender should be recommended to the court as an appropriate candidate for early termination are as follows:

1. Stable community reintegration (e.g. residence, family, employment);
2. Progressive strides toward supervision objectives and in compliance with all conditions of supervision;
3. No aggravated role in the offense of conviction, particularly large drug or fraud offenses;
4. No history of violence (e.g., sexually assaultive, predatory behavior, or domestic violence);
5. No recent arrests or convictions (including unresolved pending charges), or ongoing, uninterrupted patterns of criminal conduct;
6. No recent evidence of alcohol or drug abuse;

Stipulation and Order for Early Termination of Supervised Release

-2-

*U.S. v ANDREW GAGNON*

7. No recent psychiatric episodes;
8. No identifiable risk to the safety of any identifiable victim; and
9. No identifiable risk to public safety based on the Risk Prediction Index (RPI)

*Guide to Judiciary Policy*, Vol. 8E, Ch. 3 § 380.10(b), "Early Termination" (Monograph 109) (rev'd 2010).

Given all of the above, it is hereby stipulated between the parties, Cameron Desmond, Assistant United States Attorney, and Michael D. Long, attorney for defendant ANDREW GAGNON, that Mr. Gagnon's 36-month term of supervised release be terminated early pursuant to 18 U.S.C. § 3583(e)(1).

Dated: February 10, 2026

*/s/ Michael D. Long*
MICHAEL D. LONG
Attorney for Defendant
ANDREW GAGNON

Dated: February 10, 2026            ERIC GRANT
United States Attorney

/s/ Cameron Desmond
CAMERON DESMOND
Assistant U.S. Attorney

ORDER

Mr. Gagnon's supervising probation officer, Nimra Nawaz, has indicated that Mr. Gagnon is in full compliance in all areas of supervision, and she does not oppose this stipulation. The parties, Cameron Desmond, Assistant United States Attorney, and Michael D. Long, attorney for defendant ANDREW GAGNON, have stipulated that Mr. Gagnon's 36-month term of supervised release be terminated early pursuant to 18 U.S.C. § 3583(e)(1).

Accordingly, good cause appearing, the Court grants the stipulation to terminate Mr. Gagnon's supervised release early and his term of supervised release is terminated forthwith.

Pursuant to 18 U.S.C §3583(e)(1), the Court hereby TERMINATES the term of supervised release in this case and discharges Andrew Gagnon for the reasons set forth above.

IT IS SO ORDERED.

Dated:   **February 10, 2026**        _____

DALE A. DROZD
UNITED STATES DISTRICT JUDGE